**FILED**

JAN 22 2026 JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, et al., ) ) ) ) | CIVIL ACTION |
| Plaintiffs, ) | NO. 23 C 1493 |
| v. ) | JUDGE CHARLES P. KOCORAS |
| G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., ) ) ) | |
| Defendant, ) | |
| and ) | |
| FIFTH THIRD BANK, ) | |
| Citation Respondent. ) | |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____FIFTH THIRD BANK_____ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A. Savings Account (amount withheld) $ _____
B. Checking and/or Now Account (amount withheld) $ 0.00 _____
C. Certificate of Deposit (amount withheld) $ _____
D. Money Market Account (amount withheld) $ _____
E. Trust Account (amount withheld) $ _____
F. Safety Deposit Boxes $ _____
G. Other Amounts Due $ _____

7

| | | |
|---|---|---|
| H. | Adverse Claimants: Name | _____ |
| | Address | _____ |
| I. | Wages, Salary or Commissions | _____ |
| J. | Other Personal Property (describe) | _____ |

Attach a sheet for any additional information required by the Citation.

Subtotal _____

Less right of offset for other loans _____
Less deduction for fees limited by law _____

Total    NO FUNDS AVAILABLE - ACCOUNT ALREADY FROZEN FOR CITATION CASE 19C1996

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

*Jenny Meade*

Agent for Citation Respondent

JENNIFER MEADE – LEGAL OPS SERVICING SPECIALIST,
FIFTH THIRD BANK FAX 513-358-1279 1/13/2026

Date

Third Party Respondent/Agent
Agent Name: _____
Agent Title: _____
Respondent Name: _____
Address: _____

Phone: _____
Fax: _____

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, and a copy sent to the Attorney for Plaintiffs, and to the Judgment Debtor.

2:52 PG & C:\30996citation to discover assets (fifth third).cw.ff.wpd

8

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263



THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
219 SOUTH DEARBORN STREET 20TH FLOOR        94
CHICAGO, IL 60604

LGLOPS/FTBW/20260113/10N1/437446C





**FIFTH THIRD**

PRESORTED FIRST CLASS
US POSTAGE
PAID
CINCINNATI, OHIO
PERMIT NO. 5461

This could be your last paper statement! Turn over and scan to switch.

20260114

**RECEIVED**

JAN 22 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5 KTJ-NP1