IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE ) <br> COMMITTEE FOR THE POINTING, ) <br> CLEANING AND CAULKING ) <br> INDUSTRY, LOCAL 52, *et al*. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> G. & C. CONSTRUCTION & SEALANTS, ) <br> INC., an Illinois corporation, f/k/a G. & C. ) <br> CONSTRUCTION, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 23 C 1493 <br><br> JUDGE CHARLES P. KOCORAS |

## **PLAINTIFFS' MOTION TO WITHDRAW APPEARANCES**

Plaintiffs, Chicago Area Joint Welfare Committee for the Pointing, Cleaning and Caulking Industry, Local 52, *et al.,* ("Funds" or "Plaintiffs"), by their attorneys, hereby move to withdraw the Appearances of Patrick N. Ryan and Rebecca L. Andruzzi, pursuant to Local Rule 83.17. In support of their Motion, Plaintiffs state as follows:

1. The instant lawsuit was filed on March 10, 2023. At that time, Attorneys Stephen J. Rosenblat, Patrick N. Ryan and Rebecca L. Andruzzi from the law firm of Baum Sigman Auerbach & Neuman, Ltd., filed appearances for the Plaintiffs.

2. Patrick N. Ryan and Rebecca L. Andruzzi have left their employment with the firm of Baum Sigman Auerbach & Neuman, Ltd., and are no longer retained by Plaintiffs to represent them in this matter.

3. Mr. Rosenblat will maintain, and has maintained, an appearance in this matter.

4. On January 8, 2026, Carson W. Fallo, also of the law firm of Baum Sigman

Auerbach & Neuman, filed his appearance for Plaintiffs in this matter.

5. The granting of this motion will not delay the prosecution of this case, or prejudice the rights of Defendant.

For the foregoing reasons, Plaintiffs respectfully request that the Appearances of Patrick N. Ryan and Rebecca L. Andruzzi in this matter be terminated.

/s/ Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\g & c\#30296\motion to withdraw appearances.cwf.df.docx

## CERTIFICATE OF SERVICE

    I certify that on or before the hour of 5:00 p.m. this 6th day of March 2026 I electronically filed the foregoing (Plaintiffs' Motion to Withdraw Appearances) with the Clerk of the Court using the CM/ECF system which will send notification to the following:

> Todd A. Miller
> Kathleen M. Cahill
> Allocco, Miller & Cahill, P.C.
> 20 N. Wacker Drive, Suite 3517
> Chicago, IL   60606
> tam@alloccomiller.com
> kmc@alloccomiller.com

    /s/    Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail:   cfallo@baumsigman.com

I:\52J\G & C\#30296\MOTION TO WITHDRAW APPEARANCES.CWF.DF.DOCX