



**FIFTH THIRD**

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263



**FILED**

AUG 10 2026

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| **Date:** | 07/21/2026 |
| **Reference ID:** | 20260112610126 |
| **RE:** | G & C CONSTRUCTION & SEALANTS |
| | 4200 W 124TH PL |
| | ALSIP IL, 60803 |

To Whom It May Concern:

Fifth Third Bank has processed a tax levy, garnishment, or child support order on 01/12/2026. To date, we have not received directive on how to proceed with the funds held. If we do not hear from you within 10 business days, Fifth Third will proceed with releasing the funds held to our customer's account. Please mail a turnover order or release of levy, garnishment, or child support to Fifth Third Bank Legal Operations 5050 Kingsley Dr. MD 1MOC2Q Cincinnati, Ohio 45263

Should you have any questions with regards to this letter, please email Legal Operations at operations.garnishment@53.com.

Thank you,


Fifth Third Bank



Fifth Third Bank, National Association. Member FDIC.  Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 23 C 1493 |
| v. | ) ) | JUDGE CHARLES P. KOCORAS |
| G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| FIFTH THIRD BANK, | ) ) ) | |
| Citation Respondent. | ) | |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____ FIFTH THIRD BANK _____ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A. Savings Account (amount withheld) $ _____
B. Checking and/or Now Account (amount withheld) $ 0.00 _____
C. Certificate of Deposit (amount withheld) $ _____
D. Money Market Account (amount withheld) $ _____
E. Trust Account (amount withheld) $ _____
F. Safety Deposit Boxes $ _____
G. Other Amounts Due $ _____

7

H.    Adverse Claimants:   Name   _____

                                 Address   _____

I.     Wages, Salary or Commissions  _____

J.     Other Personal Property (describe)  _____

                                                _____

Attach a sheet for any additional information required by the Citation.

                             Subtotal   _____

Less right of offset for other loans   _____

Less deduction for fees limited by law   _____

                            Total   NO FUNDS AVAILABLE - ACCOUNT ALREADY FROZEN FOR CITATION CASE 19C1996

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____ *Jenny Meade*

Agent for Citation Respondent

JENNIFER MEADE – LEGAL OPS SERVICING SPECIALIST, FIFTH THIRD BANK FAX 513-358-1279 1/13/2026

Date

Third Party Respondent/Agent

Agent Name:   _____

Agent Title:   _____

Respondent Name:   _____

Address:   _____

                _____

Phone:   _____

Fax:   _____

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, and a copy sent to the Attorney for Plaintiffs, and to the Judgment Debtor.

252193 & C#30296citation to discover assets (fifth third).cwf.if.wpd

8

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263



**THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**
219 SOUTH DEARBORN STREET 20TH FLOOR          3
CHICAGO, IL 60604

LGLOPS/FTBW/20260721/10N1/437446C





## FIFTH THIRD

PRESORTED FIRST CLASS
US POSTAGE
PAID
CINCINNATI, OHIO
PERMIT NO. 5461

**This could be your last paper statement!**

**Turn over and scan to switch.**

RECEIVED 20260722

AUG 10 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5 GTJ-NP1 60604

24-06_CHK (08/24)



Less mail.
Easier access.
**Go paperless.**

Scan to switch!

PAPER >>> PAPERLESS